| | |
|---|---|
| Jerry L. Marks (No. 135395)<br>jmarks@milbank.com<br>Delilah Vinzon (No. 222681)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017-5735<br>Telephone:  (213) 892-4000<br>Facsimile:  (213) 629-5063 | Douglas C. Emhoff (SBN 151049)   **JS-6**<br>demhoff@venable.com<br>Jennifer Levin<br>jlevin@venable.com<br>VENABLE LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901 |
| Lindsee P. Granfield (No. 139069)<br>lgranfield@cgsh.com<br>Lisa M. Schweitzer (Admitted pro hac vice)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY  10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 | Michael Schatzow (admitted pro hac vice)<br>mschatzow@venable.com<br>Richard L. Wasserman (admitted pro hac vice)<br>rlwasserman@venable.com<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742 |
| Attorneys for Defendants<br>Credit Suisse International,<br>Credit Suisse Securities (Europe) Limited,<br>Credit Suisse (Hong Kong) Limited,<br>CQS Convertible and Quantitative Strategies Master Fund Limited,<br>Stark Asia Master Fund Ltd., and<br>Centar Asia Investments (Asia) Ltd. | Attorneys for Plaintiff Keith F. Cooper, in his capacity as Liquidating Trustee of the TGA Liquidating Trust<br><br>**NOTE CHANGES MADE BY THE COURT** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>TRIGEM AMERICA CORPORATION,<br><br>                           Debtor.<br><br>KEITH F. COOPER, in his capacity as Liquidating Trustee of the TGA Liquidating Trust,<br>                                                Appellant,<br>           v.<br>CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (EUROPE) LIMITED; CREDIT SUISSE (HONG KONG) LIMITED; CQS CONVERTIBLE AND QUALITATIVE STRATEGIES MASTER FUND LIMITED; STARK ASIA MASTER FUND LTD.; and CENTAR INVESTMENTS (ASIA) LTD.,<br>                                                Appellees. | District Court Case No. SACV10-1710 PA<br><br>Bk. No. 8:05-13972-TA<br>Chapter 11<br><br>Adv. No. 8:07-01140-TA<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING AND APPEAL WITH PREJUDICE**<br><br>[No Hearing Required]<br><br>The Honorable Percy Anderson |

[Proposed] ORDER DISMISSING ADVERSARY PROCEEDING AND APPEAL WITH PREJUDICE

1  Based on the Stipulation entitled "Stipulation for Dismissal of Adversary Proceeding and
2  Appeal with Prejudice," entered into by and between Keith Cooper, in his capacity as
3  Liquidating Trustee of the TGA Liquidating Trustee, appellant in the above-captioned appeal
4  and plaintiff in the referenced adversary proceeding; and Credit Suisse International, Credit
5  Suisse Securities (Europe) Limited, Credit Suisse (Hong Kong) Limited, CQS Convertible and
6  Quantitative Strategies Master Fund Limited, Stark Asia Master Fund Ltd. and Centar
7  Investments (Asia) Ltd. (currently doing business as Centar Select Master Limited), appellees in
8  the above-captioned appeal and defendants in the referenced adversary proceeding, and good
9  cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned Appeal filed by the Trustee be, and hereby is, dismissed with prejudice. ~~and therefore the Bankruptcy Court should dismiss the Complaint in the referenced adversary proceeding with prejudice~~.

Dated: November 15, 2010

_____
Hon. Percy Anderson
UNITED STATES DISTRICT COURT JUDGE